# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## MISSOULA DIVISION

RECEIVED
2024 MAR 22 AM 10: 15
US MARSHALS SERVICE
MISSOULA, MONTANA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

HAPTEI JOHN KOZAK,

Defendant.

CR-24-21-M-DWM

**WARRANT FOR ARREST**

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest HAPTEI JOHN KOZAK and take the arrested person without unnecessary delay before the nearest federal magistrate judge to answer the Indictment charging him with False Statement During A Firearms Transaction in violation of Title 18 United States Code, Section 922(a)(6), Prohibited Person In Possession Of A Firearm And Ammunition in violation of Title 18 United States Code, Section 922(g)(5), and Forfeiture Allegation in violation of Title 18 United States Code, Section 924(d).

Assigned to: Jennifer S. Clark, AUSA

*/s/ Harris*

Judith Harris, Deputy Clerk
AS ORDERED BY U.S. MAGISTRATE JUDGE TIMOTHY J. CAVAN
Billings, Montana



**BAIL FIXED AT NONE**
Date of Issue: 21st day of March, 2024

| RETURN | |
|---|---|
| DATE RECEIVED: 03/22/2024 | LOCATION: Missoula |
| EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT | |
| DATE OF ARREST: 03/06/2024 | *Craig Anderson* **UNITED STATES MARSHAL** |
| LOCATION: Missoula | |
| BY: Mark Thompson  Deputy U.S. Marshal | |